UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KRISTIAN T. PARKS, | ) |
|     *Plaintiff*, | ) Case No. 1:23-cv-309 |
| v. | ) Judge Atchley |
| DEIBEL LABORATORIES OF TENNESSEE, LLC and COLLEEN M. SCARBROUGH, | ) Magistrate Judge Steger |
|     *Defendants*. | ) |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, it is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED**.[1]

There being no more matters to resolve, the Clerk is **DIRECTED** to close the file.

    **SO ORDERED**

                                                  */s/ Charles E. Atchley, Jr.*
                                                  **CHARLES E. ATCHLEY, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT

---

[1] As noted in the Memorandum Opinion and Order, the claims against Deibel Laboratories of Tennessee, LLC are **DISMISSED WITH PREJUDICE** while the claims against Colleen M. Scarbrough are **DISMISSED WITHOUT PREJUDICE**.